# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. ERIC SAMEC                           Docket No. 3:03CR00174 (DJS)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Steven J. Lambert, SENIOR PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Eric Samec who was sentenced to 92 months imprisonments for a violation of 21 U.S.C 846 and 841 (a)(1), Conspiracy to Manufacture Methamphetamine by the Honorable Napoleon A. Jones Jr, United States District Judge sitting in the court at San Diego, California on January 8, 1996 who fixed the period of supervision at 5 years which commenced on April 21, 2003 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1) The defendant shall participate in substance abuse treatment program, either inpatient or outpatient as approved by the U.S. Probation Office; 2) The defendant is not to associate with co-defendant Charles Hemingway; 3) The defendant will submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.

On May 15, 2003 a transfer of jurisdiction was accepted and the case was assigned to the Honorable Dominic J. Squatrito, Senior United States District Judge.

Mr. Samec's term of supervised release is scheduled to expire on April 21, 2008.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

**Charge No.1:** Standard Condition No.4: "You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer."
On July 1, 2005, Mr. Samec was instructed to report to the U.S. Probation Office on a weekly basis, specifically, every Monday until otherwise directed. He has failed to report since that time.

**Charge No. 2:** Standard Condition No .7: "You shall notify the probation officer ten days prior to any change in residence or employment."
After three home visits were conducted at Mr. Samec's residence at 444 Center Street, Manchester, Connecticut it was learned that he no longer resided at this address. He has not contacted the Probation Office relative to any change of address. Mr. Samec's current whereabouts is unknown and he is considered an absconder.

**Charge No.3:** Mandatory Condition: "You shall refrain from any unlawful use of a controlled substance."
On June 27, 2005, Mr. Samec submitted a urine screen which tested positive for use of cocaine.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue tolling the period of supervision so that Mr. Samec may be brought before the Court to show cause why his period of supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this _13th_ day of _Sept._, 2005 and ordered filed and made a part of the records in the above case.

The Honorable Dominic J. Squatrito
Senior United States District Judge

Sworn to By

_Kim J Cerullo, SUSPO_
Steven J. Lambert
Senior United States Probation Officer

Date _Hartford Sept. 13, 2005_

Before me, the Honorable Dominic J. Squatrito, Senior United States District Judge, on this _13th_ day of September, 2005 at Hartford, Connecticut, Senior United States Probation Officer, Steven J. Lambert appeared, and under oath stated that the facts set forth in this petition are true to the best of his knowledge and

The Honorable Dominic J. Squatrito
Senior United States District Judge