UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO.  3:03CR174(DJS) |
| ERIC SAMEC | : | September 28, 2005 |

<u>WAIVER</u>

The defendant Eric Samec, pursuant to F.R.Crim.P. 32.1(b)(l), waives his right to a preliminary hearing and agrees to proceed directly to the revocation hearing, presently scheduled for October 11.

        Respectfully submitted,

        THE DEFENDANT,
        ERIC SAMEC


Dated:  September 28, 2005      /s/
        Thomas G. Dennis
        Federal Defender
        10 Columbus Blvd, FL 6
        Hartford, CT 06106-1976
        Bar No. ct05100
        (860) 493-6260
        Email: thomas.dennis@fd.org

<u>CERTIFICATION</u>

I HEREBY CERTIFY that a copy of the foregoing Waiver has been mailed to Deborah Slater, Assistant United States Attorney, Federal Building, 450 Main Street, Hartford, CT 06103, on this 28th day of September 2005.


        /s/
        Thomas G. Dennis

- 2 -