UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA                    :

                    v.                      :        2006 MAY 26  P 3: 04

                                            :        Criminal No. 3:03CR00174(DJS)

ERIC SAMEC                                  :

## ORDER FINDING IN VIOLATION AND MODIFYING CONDITIONS

The defendant, Eric Samec, pleaded guilty to a charge of Conspiracy to Manufacture Methamphetamine, in violation of 21 U.S.C. § 846 and 841(a) (1). On January 8, 1996, the Court sentenced the defendant to the custody of the Bureau of Prisons for 92 months with a five year term of supervised release with the following imposed special conditions: 1) The defendant shall participate in a program for substance abuse, either inpatient or outpatient, as deemed necessary by the Probation Office; 2) The defendant is not to associate with co-defendant Charles Hemingway; 3) The defendant will submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.

WHEREAS, on September 13, 2005, the Court issued a summons based on allegations by the Probation Office that the defendant had violated the conditions of supervised release, specifically, that he failed to report to the probation office as directed, failed to notify the probation officer of a change of address, and failed to abstain from use of a controlled substance, and

WHEREAS, on October 11, 2005 the defendant appeared before the Court and being represented by counsel at a hearing to determine if the term of supervised release should be revoked, given the opportunity to be heard on the allegations of the probation

- 2 -

office, and the defendant admitted to the violations, and,

WHEREAS, the Court found that the defendant was engaged in conduct which constitutes a violation of the conditions of the supervised release and,

NOW THEREFORE, IT IS HEREBY ORDERED that the defendant's term of supervised release be revoked and that he be sentenced to the custody of the Bureau of Prisons to time served with special conditions requiring his placement in a halfway house for a period of  six months. Upon release from the halfway house he shall be placed on home confinement for a period of two months with electronic monitoring and shall pay the costs associated with the monitoring. The defendant shall participate in mental health treatment either inpatient or outpatient as directed by the probation office.  All other previously imposed conditions are to remain in effect.

Signed and dated at Hartford, Connecticut this 26th day of May, 2006.


_____
The Honorable Dominic J. Squatrito
Senior United States District Judge