Form 12B

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. ERIC SAMEC

Docket No. 3:03CR000174 (DJS)

## Petition For Modification of Conditions or Term of Probation/Supervised Release with the Consent of the Offender

COMES NOW, Steven J. Lambert, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Eric Samec who was sentenced to 92 months imprisonment with a 5 year term of supervised release for a violation of 21 U.S.C. 846 and 841(a)(1), Conspiracy to Manufacture Methamphetamine by the Honorable Napoleon A. Jones sitting in the court in San Diego, California, Connecticut on January 1, 1996, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special condition and terms as follows:

1) The defendant shall participate in substance abuse treatment program, either inpatient or outpatient as approved by the USPO; 2) The defendant is not to associate with co-defendant Charles Hemingway; 3) The defendant will submit to search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.

Mr. Samec's term of supervised release commenced on April 18, 2003. On May 15, 2003, a transfer of jurisdiction was accepted and the case was assigned to the Honorable Dominic J. Squatrito, Senior United States District Judge.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

On October 11, 2005, Mr. Samec appeared before the Court for a violation of supervised release hearing at which time his term of supervised release was revoked and he was sentenced to time served with reimposition of a 30 month term of supervised release with special conditions requiring his placement in a halfway house for 6 months followed by a two month period of home confinement with electronic monitoring in addition to his participation in mental health treatment as instructed by the probation office. On June 13, 2006, Mr. Samec provided documentation from his physician indicating extensive damage to his right elbow that requires a surgical procedure and that he would not be able to maintain employment for an unspecified period. In view of this, a modification is being requested since Mr. Samec's presence at a halfway house would be unproductive given his medical problem.

## PRAYING THAT THE COURT WILL ORDER that this petition will serve:

☐ To extend the term of probation/supervised release for  years, for a total term of  years.
■ To modify the conditions of supervision as follows:

The defendant shall be placed on home confinement with electronic monitoring for a period of six months and shall pay all, or a portion of the costs associated with treatment based on his ability to pay as determined by the probation officer.

Defense counsel has been consulted and agreed with this modification. A signed Waiver of Hearing to Modify Conditions is attached.

**ORDER OF COURT**

Considered and ordered this day 23rd of August , 2006 and ordered filed and made a part of the records in the above case.

The Honorable Dominic J. Squatrito
Senior United States District Judge

Respectfully Submitted

Steven J. Lambert
Senior United States Probation Officer

Place:  Hartford, Connecticut

Date:  8/23/06