UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2007 APR 12 A 10: 55

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 3:03CR174 (DJS) |
| ERIC SAMEC | : |

TRANSFER ORDER

In the interest of justice, the above captioned case is hereby transferred to the Honorable <u>Robert N. Chatigny United States District Judge.</u> All further pleadings or documents in this matter should be filed with the Clerk's Office in <u>Hartford, Connecticut and bear the docket number 3:03CR174 (RNC)</u>. Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled.

It is so **ORDERED**.

Dated at Hartford, Connecticut this 12th day of April 2007.

/s/ DJS
Dominic J. Squatrito
U.S. District Judge