# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. ERIC SAMEC                                                              Docket No. 3:03CR00174 (DJS )

## Petition For Modification of Conditions or Term of Probation/Supervised Release with the Consent of the Offender

**COMES NOW,** Steven J. Lambert, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Eric Samec who was sentenced to 92 months' imprisonment for a violation of 21 U.S.C. Sections 846 and 841(a)(1), Conspiracy to Manufacture Methamphetamine by the Honorable Napoleon A. Jones Jr., United States District Judge, sitting in the court in San Diego, California on January 8, 1996, with a 5 year term of supervision to follow and imposed the general terms and conditions theretofore adopted by the court and also imposed the special condition and terms as follows:

1) The defendant shall submit to search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer; 2) The defendant shall participate in a program of drug or alcohol abuse treatment, including urinalysis testing and counseling, as directed by the Probation Officer and; 3) The defendant shall not associate with co-defendant, Charles Hemingway.

On March 15, 2003, Mr. Samec's term of supervised release commenced and is scheduled to expire on March 21, 2008. On May 15, 2003 a transfer of jurisdiction was accepted and the case was assigned to the Honorable Dominic J. Squtarito.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
On October 24, 2005, Mr. Samec appeared before Your Honor for a supervised release violation hearing at which time he was found in violation and sentenced to time served with a 30 month term of supervised release to follow. A special condition was imposed requiring his placement in a halfway house for six months. On November 1, 2005, Mr. Samec was arrested on new state charges and was detained, therefore, he never entered the halfway house as ordered. The Court was notified and no action was taken. On April 21, 2006, Mr. Samec was released from state custody. On August 4, 2006, Your Honor approved a modification requesting that the six months home confinement with electronic monitoring replace the order of six months at a halfway house. On October 17, 2006, Mr. Samec commenced participation in home confinement with electronic monitoring. On February 2, 2007, Mr. Samec moved and the electronic monitoring was temporarily removed. On March 30, 2007, Mr. Samec was arrested for several motor vehicle violations as well as a state probation violation and was detained. He was released on July 3, 2007. Mr. Samec is presently residing in a rooming house, therefore, the electronic monitoring equipment can not be installed.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for  years, for a total term of  years.
■ To modify the conditions of supervision as follows:

We are requesting that the special condition of home confinement with electronic monitoring be eliminated due to Mr. Samec's current living circumstances and the unlikelihood that it will improve to the extent that he will be able to obtain adequate living accommodations to facilitate the home confinement equipment.

**ORDER OF COURT**

Considered and ordered this 10th day of August, 2007 and ordered filed and made a part of the records in the above case.

The Honorable Dominic J. Squatrito
Senior United States District Judge

Respectfully Submitted,

Steven J. Lambert
Senior United States Probation Officer

Hartford, Connecticut
Date: August 10, 2007